UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.H. EDMONDS, individually and as trustee on behalf of EDMONDS AMENDED TRUST; H.W. EDMONDS and FRANCES NEEL, <br><br>Plaintiff, <br><br>vs. <br><br>INDYMAC BANK; F.D.I.C; ONEWEST BANK, Does 1 through 10, inclusive, <br><br>Defendants. | Case No. CV 09-7527-RC <br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a _de novo_ determination.

   IT IS ORDERED that: (1) the Final Report and Recommendation IS APPROVED AND ADOPTED; and (2) Judgment shall be entered dismissing the complaint and action without prejudice under Fed. R. Civ. P. 4(m).

1     IT IS FURTHER ORDERED that the Clerk shall serve copies of
2 this Order and the Magistrate Judge's Final Report and
3 Recommendation by the United States mail on plaintiffs.

6 DATED: March 15, 2010

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

9 R&R\09-7527.ADO2
3/12/10