UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.H. EDMONDS, individually and as trustee on behalf of EDMONDS AMENDED TRUST; H.W. EDMONDS and FRANCES NEEL, )<br>)<br>)<br>) | Case No. CV 09-7527-RC |
|           Plaintiffs, ) | JUDGMENT |
| vs. )<br>) | |
| INDYMAC BANK; F.D.I.C.; ONEWEST BANK, Does 1 through 10, inclusive, )<br>)<br>)<br>) | |
|           Defendants. )<br>_____) | |

    IT IS ADJUDGED that Judgment shall be entered dismissing the

complaint and action without prejudice under Fed. R. Civ. P. 4(m).

DATED: March 15, 2010

_____
          AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE

R&R\09-7527.jud
2/16/10